# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2005 SEP 15 P 1: 53

FILED

UNITED STATES OF AMERICA

v.

ROGER HOLMES,
Defendant.

Case Number CR 00-50058-FL
USMS No. 25921-044
Hon. Paul V. Gadola

## JUDGMENT IN A CRIMINAL CASE
### Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, **ROGER HOLMES**, was represented by David Koelzer.

■ The defendant admitted guilt to violation of conditions of Supervised Release which were imposed on April 28, 2000 upon conviction of Possession with Intent to Distribute Cocaine and Conspiracy to Distribute Cocaine.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION OCCURRED |
|---|---|---|
| One | Defendant failed to attend his substance abuse counseling appointments as directed and failed to provide urine specimen as directed and was discharged from the program. | 6/24/05; 6/29/05; 7/6/05; 7/8/05 |
| Two | Defendant tested postive for cocaine | 4/27/05 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed: 9/15/05

September 14, 2005
Date of Imposition of Judgment

Paul V. Gadola
United States District Judge

AO 245 S (Rev. 11/97) Sheet 2 - Imprisonment

Defendant: ROGER HOLMES
Case Number: CR 00-50058-FL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **21 months**. There shall be no further term of supervised release imposed upon the defendant upon his release from imprisonment.

■ The Court makes the following recommendations to the Bureau of Prisons: the Court **strongly** recommends that the defendant be designated to an institution which will allow him to participate in the Comprehensive Drug Treatment Program.

■ The defendant is remanded to the custody of the United States Marshal.

## RETURN

**I have executed this Judgment as follows:**

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal